Don'e J. WHITE, Appellant,

v.

State of MISSOURI; Bob Holden, Gov.; Joe Maxwell, Lt. Gov.; Jeremiah W. Nixon, Att. Gen.; Claire McCaskill, St. Aud.; Nancy Farmer, St. Treasurer; Jacquelyn D. White, Comm. of Admin.; Missouri Department of Corrections; Gary B. Kempker, Dir.; James A. Gammon, Supt.; Donna Y. Cayer, Supt.; Teresa Thornburg, Asst. Supt.; John Doe, C.C.A.; Kevin O'Brian, Capt.; Correctional Medical Services, Inc.; Richard F. Graham, Dr., Oral Surgeon; Robert M. Hampton, Doctor; G. Jorgenson, Regional Admin.; Theresa Vanlandingham, Nurse; E. Conley, D.O., Reg. Med. Dir.; Phyliss Stanley, Medical Admin.; Glen Babich, M.D. Dir. of Med.; Gregory J. Pernoud, Oral Surgeon; Corrections Security Staff Officers; John Doe, # 1, Sgt. Allen; John Doe, # 2, Sgt.; John Doe, # 3, CO–1; John Doe, # 4, CO–1; John Doe, # 5, CO–1; John Doe, # 6, CO–1; John Doe, # 7, CO–1; Board of Fund Commissioners; Unknown Johnson; Unknown Adams; Ernest Jackson; Gail Bailey, Appellees.

No. 07–1929.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 22, 2008.

Filed: Nov. 6, 2008.

Don'e J. White, Charleston, MO, pro se.

Michelle E. Akinsiku, Attorney General's Office, Peter J. Dunne, Jessica L. Liss, Rabbitt & Pitzer, Kevin E. Myers, Baker & Sterchli, St. Louis, MO, Joan F. Gummels, Gail Vasterling, Attorney General's Office, Jefferson City, MO, Richard T. Merker, Wallace & Saunders, Overland Park, KS, for Appellees.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Missouri inmate Don'e J. White appeals following the district court's[1] adverse grant of summary judgment to certain defendants in his 42 U.S.C. § 1983 action. We find no merit to White's assertions of fraud. We also find no abuse of discretion in the denial of White's motions for default judgment, and no abuse of discretion in the dismissal of certain defendants under Federal Rule of Civil Procedure 4(m), although we amend the dismissal of the John Doe correctional officers to be without prejudice. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny White's pending motions.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.